980

[967 NE2d 1198, 944 NYS2d 753]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LATISHA BOWDEN, Appellant.

Decided April 26, 2012

**APPEARANCES OF COUNSEL**

*Legal Aid Society*, New York City (*Michael J. McLaughlin, Richard Joselson* and *Steven Banks* of counsel), for appellant.

*Robert T. Johnson, District Attorney*, Bronx (*Stanley R. Kaplan* of counsel), for respondent.

## OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), appeal dismissed upon the ground that the reversal by the Appellate Division was not "on the law alone or upon the law and such facts which, but for the determination of law, would not have led to reversal" (CPL 450.90 [2] [a]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.